**DUMMIT, BUCHHOLZ & TRAPP**
Attorneys At Law
11755 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-1506
Telephone (310) 479-0944
Fax (310) 312-3836
Harmon B. Levine - State Bar No. 094249
Caroline H. Powell - State Bar No. 268762
Attorneys for   Defendant WESTERN MEDICAL CENTER - ANAHEIM

FILED
CLERK, U.S. DISTRICT COURT
JUL - 6 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD COTE<br><br>Plaintiff,<br><br>-vs-<br><br>CITY OF SANTA ANA, by and through the SANTA ANA POLICE DEPARTMENT; CHIEF PAUL M. WALTERS; OFFICER #1950 BOLLINGER; OFFICER #3176 BEATLY; OFFICER #2878 VARGAS; WESTERN MEDICAL CENTER OF ANAHEIM; RAVINDER SINGH, M.D.; and DOES 1 to 10 in their individual and official capacities<br><br>Defendants. | Case No. CV-10-2959 DDP (JCGx)<br>(Assigned to Judge Dean D. Pregerson, Courtroom 3)<br><br>Complaint Filed April 21, 2010<br><br>[~~PROPOSED~~] JUDGMENT IN FAVOR OF DEFENDANT, WESTERN MEDICAL CENTER - ANAHEIM |

On June 23, 2010 the Honorable Dean D. Pregerson issued an order granting Defendant, WESTERN MEDICAL CENTER - ANAHEIM's Motion to Dismiss with prejudice in the above-referenced action. Said motion was decided without oral argument.

////
////
////

---

1 | IT IS HEREBY ADJUDGED, AND DECREED that judgment be entered in favor
2 | of Defendant, WESTERN MEDICAL CENTER - ANAHEIM, and against Plaintiff,
3 | EDWARD COTE.

5 | DATED: 7-6-10

*[signature: Dean D. Pregerson]*

~~JUDGE OF THE~~ UNITED STATES DISTRICT ~~COURT~~ JUDGE
Central District